IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JENNIFER MCGHEE, et al. | : | CIVIL ACTION |
| v. | : | NO. 16-3542 |
| A&M (2015), LLC, et al. | : | |

## RULE 16 CONFERENCE

In accordance with Federal Rule of Civil Procedure 16, a **conference** will held before the Honorable Petrese B. Tucker on **November 29, 2016**, at **11:00 a.m.** in Room 16613, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

**Attached is a Rule 16 Conference Information Report which you are required to complete and forward to the court at the above address at least three (3) days prior to the conference. This report does not have to be officially filed of record.**

Counsel must be prepared to address all relevant issues including, but not limited to, the following matters:

(a) Jurisdictional defects, if any;
(b) Time limits for the possible joinder of additional parties and to amend pleadings;
(c) Prospects of amicable settlement;
(d) Progress of Initial Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure;
(e) Establishing schedules for the remaining pretrial proceedings including discovery, pretrial filings, the exchange of expert reports, etc.;
(f) Filing of dispositive motions;
(g) Setting a firm date for trial.

If trial counsel in this case is on trial in a Court of record at the time of the Rule 16 Conference, another attorney in such trial attorney's office, who should be familiar with the case, is required to appear at the Rule 16 Conference. The Rule 16 Conference will be continued to another date only in exceptional cases.

Encl.

Very truly yours,
/s/Alisa Ross

_____
Alisa Ross
Deputy Clerk to Judge Petrese B. Tucker

Date issued:  October 18, 2016

**RULE 16 CONFERENCE INFORMATION REPORT**  Conference Date:  November 29, 2016

Civil Action No. 16-3542    JURY TRIAL_____        NON-JURY TRIAL_____

Title of Case:  **McGhee, et al. v. A&M (2015), LLC, et al.**

Name of Party You Represent:_____

Party is: plaintiff _____      defendant _____     third-party defendant _____

Name of Trial Counsel: _____

Law Firm: _____

Address: _____

Phone Number (including area code): _____ Fax No. _____

Basis for
Jurisdiction: _____

Proof of Service Filed as to Defendant: Yes _____       No _____

Has self-executing disclosure been completed?  Yes _____       No _____

If not, explain what remains to be completed: _____

What, if any, matters do you wish to bring to the attention of the court at the Rule 16 conference?

_____

Case will be ready for trial on or about: _____

Trial time: a) Estimate of total time to present your case _____
         b) Estimate of total time for the entire trial      _____

Prospect of settlement:  Likely _____      Possible _____     Unlikely _____     Unknown _____
Settlement conference desired?   Now _____    Later _____

Do you elect to proceed before Chief Magistrate Judge Linda K. Caracappa? _____
                                                                  Yes/No
Additional comments: _____

Counsel for _____         Date:     _____